JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RASHAD PERRY,<br>  Petitioner,<br>  v.<br>W.L. MONTGOMERY, Warden,<br>  Respondent. | Case No. CV-16-03730-FMO (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 19, 2017

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE